IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera                Date: July 22, 2013
Court Reporter:    Kara Spitler

Civil Action No. 12-cv-02178-RBJ

| *Parties*: | *Counsel*: |
|---|---|
| STEPHEN BRETT RYALS, | Daniel Williams |
|  | Jennifer Sullivan |
| Plaintiff, | Sara Rich |
|  | Hetal Doshi |
| v. |  |
| CITY OF ENGLEWOOD, | Gillian Fahlsing |
|  | Thomas Rice |
| Defendant. |  |

## COURTROOM MINUTES

Bench Trial - Day One.

**Court in session**:    **9:14 a.m.**

Opening remarks by the Court.

**ORDERED:** Motion for Summary Judgment #[34] is DENIED.

9:17 a.m.    Opening statement by Ms. Sullivan.

9:49 a.m.    Opening statement by Mr. Rice.

Plaintiff's witness, Laurie Kepros, called and sworn.

10:18 a.m.    Direct examination of Ms. Kepros by Mr. Williams.

Ms. Kepros is received as an expert in the statewide scheme for the management and treatment of sex offenders and of the efficacy of the various methods to treat sex offenders.

**All stipulated exhibits (1-9, 20-24, 28, 30, 32, 34-36, 39-40) are ADMITTED.**

**Court in recess:** 10:57 a.m.
**Court in session:** 11:10 a.m.

Continued direct examination of Ms. Kepros by Mr. Williams.

**Exhibits 25 and 26 are ADMITTED.**

11:45 a.m.     Cross examination of Ms. Kepros by Ms. Fahlsing.

Witness excused.

**Court in recess:** 11:59 a.m.
**Court in session:** 1:31 p.m.

Plaintiff's witness, Stephen Ryals, called and sworn.

1:32 p.m.     Direct examination of Mr. Ryals by Ms. Sullivan.

1:55 p.m.     Cross examination of Mr. Ryals by Mr. Rice.

2:35 p.m.     Redirect examination of Mr. Ryals by Ms. Sullivan.

Witness excused.

Plaintiff's witness, Peter Wagner, called and sworn.

2:38 p.m.     Direct examination of Mr. Wagner by Ms. Doshi.

Mr. Wagner is received as an expert in geographic information systems and mapping.

**Exhibit 29 is ADMITTED.**

**Court in recess:** 3:04 p.m.
**Court in session:** 3:18 p.m.

Cross examination of Mr. Wagner by Mr. Rice.

3:27 p.m.     Redirect examination of Mr. Wagner by Ms. Doshi.

Witness excused.

Plaintiff's witness, Janelle Ball, called and sworn.

3:28 p.m.        Direct examination of Ms. Ball by Mr. Williams.

**Exhibits 10, 12, 15 and 18 are ADMITTED.**

4:19 p.m.        Cross examination of Ms. Ball by Ms. Fahlsing.

Ms. Fahlsing moves for the admission of Exhibit 31.

Plaintiff objects.

**Exhibit 31 is NOT ADMITTED** as it is contained in its entirety in Exhibit 10.

**Exhibits 37 and 38 are ADMITTED over Plaintiff's objection.**

4:51 p.m.        Redirect examination of Ms. Ball by Mr. Williams.

4:52 p.m.        Recross examination of Ms. Ball by Ms. Fahlsing.

5:00 p.m.        Redirect examination of Ms. Ball by Mr. Williams.

Witness excused.

Counsel are instructed to be present tomorrow at 9:00 a.m.

**Court in recess:        5:03 p.m.**

Trial continued.
Total Time: 05:50