IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera         Date: July 24, 2013
Court Reporter:    Kara Spitler

Civil Action No. 12-cv-02178-RBJ

*Parties*:                             *Counsel*:

STEPHEN BRETT RYALS,                   Daniel Williams
                                       Jennifer Sullivan
    Plaintiff,                         Sara Rich
                                       Hetal Doshi
v.

CITY OF ENGLEWOOD,                     Gillian Fahlsing
                                       Thomas Rice
    Defendant.

COURTROOM MINUTES

Bench Trial - Day Three

**Court in session**:    **9:00 a.m.**

Plaintiff's witness, Jill Levenson, called and sworn.

Dr. Levenson appears by video conference.

9:00 a.m.     Direct examination of Dr. Levenson by Ms. Rich.

Dr. Levenson is received as an expert in sex offender recidivism.

9:26 a.m.     Court questions the witness.

9:41 a.m.     Continued direct examination of Dr. Levenson by Ms. Rich.

9:49 a.m.     Cross examination of Dr. Levenson by Mr. Rice.

10:34 a.m.    Redirect examination of Dr. Levenson by Ms. Rich.

**Deposition Exhibits 45, 47, 48 and 50 are ADMITTED over defendant's objection.**

Witness excused.

Parties address the Court regarding Plaintiff's Motion to Exclude the Rebuttal Testimony of the City of Englewood's Proffered Expert John H. White, Ph.D #[36].

**ORDERED:** Plaintiff's Motion to Exclude the Rebuttal Testimony of the City of Englewood's Proffered Expert John H. White, Ph.D #[36] is DENIED AS MOOT.

Counsel are instructed to be present tomorrow at 9:00 a.m.

**Court in recess:**   **10:42 a.m.**

Trial continued.
Total Time:    01:42